AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| Plumbers and Pipefitter National Pension Fund et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 17-cv-504-GKF-FHM |
| Republic Contractors, Inc. et al | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 04/09/2018.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: MAY 15 2018

CLERK OF COURT

Mark C. McCartt, Clerk

*Signature of Clerk or Deputy Clerk*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PLUMBERS AND PIPEFITTER NATIONAL PENSION FUND, ) ) ) PLUMBERS AND PIPEFITTERS ) LOCAL UNION 430 HEALTH & ) WELFARE FUND, ) ) ) PLUMBERS AND PIPEFITTERS ) LOCAL UNION 430 ANNUITY FUND, ) ) ) LOCAL UNION NO. 430 JOINT ) APPRENTICESHIP AND TRAINING ) COMMITTEE TRUST FUND d/b/a ) TULSA PIPE TRADES TRAINING ) SCHOOL, a corporation, ) ) INTERNATIONAL TRAINING FUND, ) ) PLUMBERS AND PIPEFITTERS ) LOCAL NO. 430, ) ) Plaintiffs, ) ) v. ) ) REPUBLIC CONTRACTORS, INC., ) ) CURTISS WRIGHT, ) ) Defendants. ) | Case No. 17-cv-504-GKF-FHM |

**FILED**
Apr 09 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

United States District Court
Northern District of Oklahoma

I hereby certify that the foregoing is a true copy of the original on file in this court.

Mark C. McCartt

By _____ Deputy

### CONSENT JUDGMENT

Upon consideration of the Joint Motion for Entry of Consent Judgment, all pleadings of record in this action, and agreement of the parties, and the Court finding no just reason for delay:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be and is hereby rendered against defendant REPUBLIC CONTRACTORS, INC., in favor of plaintiffs, PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; PLUMBERS AND PIPEFITTERS LOCAL UNION 430 HEALTH & WELFARE FUND; PLUMBERS AND

PIPEFITTERS LOCAL UNION 430 ANNUITY FUND; LOCAL UNION NO. 430 JOINT APPRENTICESHIP AND TRAINING COMMITTEE TRUST FUND D/B/A TULSA PIPE TRADES TRAINING SCHOOL, A CORPORATION; INTERNATIONAL TRAINING FUND; and PLUMBERS AND PIPEFITTERS LOCAL NO. 430, in the amount of **FORTY-FIVE THOUSAND FIVE HUNDRED DOLLARS and NO CENTS ($45,500.00)**, in full resolution of plaintiffs' claims against defendant, Republic Contractors, Inc., with post-judgment interest at the rate of 2.09%.

**IT IS FURTHER ORDERED THAT** plaintiffs may register this Consent Judgment in the United States District Court for the Western District of Louisiana, or any other district as necessary, in accordance with the provisions of 28 U.S.C. § 1963, and further proceedings pertaining to enforcement of this Consent Judgment may be conducted in any such district.

**IT IS FURTHER ORDERED THAT** no future claims or assessments of withdrawal liability that may inure to the benefit of plaintiff Plumbers and Pipefitters National Pension Fund are dismissed, relinquished, or waived by entry of this Consent Judgment.

**IT IS SO ORDERED** this 9th day of April, 2018.

*Gregory K. Frizzell*
GREGORY K. FRIZZELL, CHIEF JUDGE